UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARIO PIROZZOLI                              :
                    Plaintiff               :        CIVIL ACTION NO.
                                             :        302CV00698CFD
v.                                           :
                                             :
TOWN OF BERLIN, BERLIN INLANDS              :
WETLANDS AND WATERCOURSES                    :
COMMISSION, JAMES P. HORBAL,                 :
individually and in his official            :
capacity, E. TIMOTHY SULLIVAN, JR.,         :
individually and in his official            :
capacity, MICHAEL BALINSKAS,                 :
RALPH SIMEONE, RAYMOND                       :
JEREMA, CLEVELAND P.                          :
HUGGINS, III, TOMAS GERDIS                    :
                    Defendants              :        JULY 30, 2003

**MOTION FOR MORE DEFINITE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 12 (e), the Defendants, Town of

Berlin, Berlin Inlands Wetlands and Watercourses Commission, James P. Horbal, E.

Timothy Sullivan, Jr., Michael Balinskas, Ralph Simeone, Raymond Jarema, Cleveland

Huggins, and Tomas Gerdis, hereby submit this Motion for a More Definite Statement

regarding the Plaintiff's Amended Complaint, dated July 1, 2003.

I.    1.    **Portion of Pleading Sought to be Revised**

           a.    Paragraph 50 of Count One, Two, Three and Four of the Amended

SILVESTER & DALY
72 RUSS STREET • HARTFORD, CONNECTICUT 06106 • (860) 278-2650 • FAX (860) 727-9243