UNITED STATES DISTRICT COURT **FILED**
DISTRICT OF CONNECTICUT

2003 DEC 19 P 2: 12

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| **MARIO PIROZZOLI** | : |
| Plaintiff | : |
| | : No. 302CV00698 (CFD) |
| VS. | : |
| | : |
| **TOWN OF BERLIN,** | |
| **BERLIN INLANDS WETLANDS AND** | |
| **WATERCOURSES COMMISSION,** | |
| **JAMES P. HORBAL,** INDIVIDUALLY | |
| AND IN HIS OFFICIAL CAPACITY, | |
| **E. TIMOTHY SULLIVAN, JR.,** | |
| INDIVIDUALLY AND IN HIS OFFICIAL | |
| CAPACITY, | |
| **MICHAEL BALINSKAS,** | |
| **RALPH SIMEONE,** | |
| **RAYMOND JEREMA,** | |
| **CLEVELAND P. HUGGINS, III,** | |
| **TOMAS GERDIS** | : |
| | : |
| Defendants | : December 17, 2003 |

### MOTION TO RE-OPEN COURT'S DECISION RE MOTION FOR MORE DEFINITE STATEMENT

Counsel for the plaintiff has received the court's ruling on a Motion for More Definite Statement apparently filed in this matter. Counsel for the plaintiff never received this Motion. Had the undersigned received this motion, he would have either responded to it or objected to it in a timely fashion. Because the motion was never received, it is not even known what it is that the defendants are requesting a more definite statement of.

WHEREFORE, counsel for the plaintiff requests that the Court re-open its decision, order the defendant to forward to counsel for the plaintiff the subject motion, and allow the plaintiff a period of time to respond after a copy of that Motion is received.

THE PLAINTIFF,

BY _____
Vincent T. McManus, Jr.
His Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MARIO PIROZZOLI** : | |
| : | |
| Plaintiff : | |
| : | No. 302CV00698 (CFD) |
| VS. : | |
| : | |
| **TOWN OF BERLIN,** | |
| **BERLIN INLANDS WETLANDS AND** | |
| **WATERCOURSES COMMISSION,** | |
| **JAMES P. HORBAL,** INDIVIDUALLY | |
| AND IN HIS OFFICIAL CAPACITY, | |
| **E. TIMOTHY SULLIVAN, JR.,** | |
| INDIVIDUALLY AND IN HIS OFFICIAL | |
| CAPACITY, | |
| **MICHAEL BALINSKAS,** | |
| **RALPH SIMEONE,** | |
| **RAYMOND JEREMA,** | |
| **CLEVELAND P. HUGGINS, III,** | |
| **TOMAS GERDIS** : | |
| : | |
| Defendants : | December 17, 2003 |

**AFFIDAVIT RE MOTION TO RE-OPEN COURT'S DECISION RE
MOTION FOR MORE DEFINITE STATEMENT**

The undersigned, being duly warned and sworn, hereby deposes and says:

My name is Vincent T. McManus, Jr. I am an attorney licensed to practice law in the State of Connecticut. I am the attorney for the plaintiff in the above-captioned case.

I did not receive the Motion for More Definite Statement filed in this matter which is why I did not respond to it in some way by either an answer or an objection.

I am requesting an extension of a period of time to respond to this motion after receipt of same from counsel for the defendants.

Dated at Wallingford, Connecticut this 17th day of December, 2003.

_____
Vincent T. McManus, Jr.

Subscribed and sworn to, before me, this 17th day of December, 2003.

_____
DEBRA J. HICKS
NOTARY PUBLIC
MY COMMISSION EXPIRES AUG. 31, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**MARIO PIROZZOLI**                                :
                                                   :
      Plaintiff                             :
                                                   :
VS.                                                :   No. 302CV00698 (CFD)
                                                   :
                                                   :
**TOWN OF BERLIN,**
**BERLIN INLANDS WETLANDS AND**
 **WATERCOURSES COMMISSION,**
**JAMES P. HORBAL,** INDIVIDUALLY
AND IN HIS OFFICIAL CAPACITY,
**E. TIMOTHY SULLIVAN, JR.,**
INDIVIDUALLY AND IN HIS OFFICIAL
CAPACITY,
**MICHAEL BALINSKAS,**
**RALPH SIMEONE,**
**RAYMOND JEREMA,**
**CLEVELAND P. HUGGINS, III,**
**TOMAS GERDIS**                                   :
                                                   :
      Defendants                            :   DECEMBER 17, 2003

### CERTIFICATE OF MAILING

    This is to certify that a copy of the attached has been mailed, postage prepaid, on the above date, to:

Josephine Spinella, Esq.　　　　　　James P. Mooney, Esq.
Silvester and Daly　　　　　　　　　2452 Black Rock Turnpike
72 Russ Street　　　　　　　　　　　Fairfield, CT 06432
Hartford, CT 06106

                                                THE PLAINTIFF,

                                                BY_____
                                                Vincent T. McManus, Jr.
                                                His Attorney