FILED

2003 DEC 22 P 1: 5⁀

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT HARTFORD, CT.

| | | |
|---|---|---|
| MARIO PIROZZOLI | : | |
|     Plaintiff | : | CIVIL ACTION NO. |
| | : | 302CV00698CFD |
| v. | : | |
| | : | |
| TOWN OF BERLIN, BERLIN INLANDS | : | |
| WETLANDS AND WATERCOURSES | : | |
| COMMISSION, JAMES P. HORBAL, | : | |
| individually and in his official | : | |
| capacity, E. TIMOTHY SULLIVAN, JR., | : | |
| individually and in his official | : | |
| capacity, MICHAEL BALINSKAS, | : | |
| RALPH SIMEONE, RAYMOND | : | |
| JEREMA, CLEVELAND P. | : | |
| HUGGINS, III, TOMAS GERDIS | : | |
|     Defendants | : | DECEMBER 19, 2003 |

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Rule 12 (b) (6) of the Federal Rules of Civil Procedure, the Defendants, the Town of Berlin, Berlin Inlands, Wetlands and Watercourses Commission (IWWC), James P. Horbal, E. Timothy Sullivan, Jr., Michael Balinskas, Ralph Simeone, Raymond Jarema, Cleveland P. Huggins, III and Tomas Gerdis, hereby submit this Motion to Dismiss. The Defendants assert that the Plaintiff has failed to state a claim against the Defendant, E. Timothy Sullivan, upon which relief can be granted. Specifically, the Defendants submit that the allegedly reckless statements

made by Attorney Sullivan were connected to both judicial and administrative proceedings and, as such, Attorney Sullivan is absolutely privileged from liability arising out of said statements.

For the reasons more fully set forth in the attached Memorandum of Law, the Defendants respectfully request that the Court grant their Motion to Dismiss.

> THE DEFENDANTS,
> TOWN OF BERLIN, BERLIN INLANDS
> WETLANDS AND WATERCOURSES
> COMMISSION, JAMES P. HORBAL,
> individually and in his official capacity, E.
> TIMOTHY SULLIVAN, JR., individually and in
> his official capacity, MICHAEL BALINSKAS,
> RALPH SIMEONE, RAYMOND JEREMA,
> CLEVELAND P. HUGGINS, III, TOMAS
> GERDIS
>
> By: /s/ J. A. Spinella
> JOSEPHINE A. SPINELLA
> Silvester & Daly
> 72 Russ Street
> Hartford, CT 06103
> Tel. (860) 278-2650
> Federal Bar No. CT24009

## **CERTIFICATION**

I, Josephine A. Spinella, attorney for the Defendants, hereby certify that a copy of the foregoing has been mailed, postage prepaid, in the United States Mail, this 19th day of December, 2003 to:

Vincent T. McManus, Jr.
116 South Main Street
Wallingford, CT 06492

James P. Mooney, Esq.
Law Office of Kelly & Mooney
2452 Black Rock Turnpike
Fairfield, CT 06432

By: _____
JOSEPHINE A. SPINELLA
Silvester & Daly

nai-pirozzoli/MTD.121903