FILED

2003 DEC 31 P

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| **MARIO PIROZZOLI** : | |
| : | |
| Plaintiff : | |
| : | No. 302CV00698 (CFD) |
| VS. : | |
| : | |
| **TOWN OF BERLIN,** | |
| **BERLIN INLANDS WETLANDS AND** | |
| **WATERCOURSES COMMISSION,** | |
| **JAMES P. HORBAL**, INDIVIDUALLY | |
| AND IN HIS OFFICIAL CAPACITY, | |
| **E. TIMOTHY SULLIVAN, JR.,** | |
| INDIVIDUALLY AND IN HIS OFFICIAL | |
| CAPACITY, | |
| **MICHAEL BALINSKAS,** | |
| **RALPH SIMEONE,** | |
| **RAYMOND JEREMA,** | |
| **CLEVELAND P. HUGGINS, III,** | |
| **TOMAS GERDIS** : | |
| : | |
| Defendants : | December 29, 2003 |

### REQUEST FOR EXTENSION OF TIME

The plaintiff in the above-entitled matter hereby requests an extension of time to respond to the defendant's Motion to Dismiss dated December 19, 2003.

By pleading dated December 17, 2003, counsel for the plaintiff requested that the court reconsider its order regarding a motion for more specific statement filed by the defendants in this matter, a copy of which has not been received by counsel for the plaintiff and to allow the plaintiff time to respond to said motion once a copy of it had been sent to counsel for the plaintiff.

Wherefore, counsel for the plaintiff hereby requests an additional thirty days after the court's ruling on the plaintiff's motion to reconsider and receipt of the Motion for More Specific Statement to respond to the Motion to Dismiss.

THE PLAINTIFF,

BY _____
Vincent T. McManus, Jr.
Vincent T. McManus, Jr. P.C.
116 South Main Street
Wallingford, CT 06492
203-269-1111 / 203-265-0625 fax
Fed Bar #05503

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**MARIO PIROZZOLI** :
:
Plaintiff :
: No. 302CV00698 (CFD)
VS. :
:
**TOWN OF BERLIN,**
**BERLIN INLANDS WETLANDS AND**
  **WATERCOURSES COMMISSION,**
**JAMES P. HORBAL,** INDIVIDUALLY
 AND IN HIS OFFICIAL CAPACITY,
**E. TIMOTHY SULLIVAN, JR.,**
 INDIVIDUALLY AND IN HIS OFFICIAL
 CAPACITY,
**MICHAEL BALINSKAS,**
**RALPH SIMEONE,**
**RAYMOND JEREMA,**
**CLEVELAND P. HUGGINS, III,**
**TOMAS GERDIS** :
:
Defendants : DECEMBER 29, 2003

### CERTIFICATE OF MAILING

This is to certify that a copy of the attached has been mailed, postage prepaid, on the above date, to:

Josephine Spinella, Esq.
Silvester and Daly
72 Russ Street
Hartford, CT 06106

James P. Mooney, Esq.
2452 Black Rock Turnpike
Fairfield, CT 06432

THE PLAINTIFF,

BY _____
Vincent T. McManus, Jr.
His Attorney