84

02cv698m ext

FILED

2003 DEC 31 P

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARIO PIROZZOLI                                :
                                                :
            Plaintiff                           :
                                                :   No. 302CV00698 (CFD)
VS.                                             :
                                                :
TOWN OF BERLIN,                                 :
BERLIN INLANDS WETLANDS AND
  WATERCOURSES COMMISSION,
JAMES P. HORBAL, INDIVIDUALLY
AND IN HIS OFFICIAL CAPACITY,
F. TIMOTHY SULLIVAN, JR.,
INDIVIDUALLY AND IN HIS OFFICIAL
CAPACITY,
MICHAEL BALINSKAS,
RALPH SIMEONE,
RAYMOND JEREMA,
CLEVELAND P. HUGGINS, III,
THOMAS GERDIS                                   :
                                                :
            Defendants                          :   December 29, 2003

Extension GRANTED, absent objection to and including January 21, 2004. It is so ordered.

Christopher F. Droney, U.S.D.J.
Hartford, CT 1/7/04

**REQUEST FOR EXTENSION OF TIME**

The plaintiff in the above-entitled matter hereby requests an extension of time to respond to the defendant's Motion to Dismiss dated December 19, 2003.