# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIO PIROZZOLI, | : |
|     Plaintiff, | : |
| | : |
| v. | : Civil Action No. 3:02CV698(CFD) |
| | : |
| TOWN OF BERLIN, ET AL. | : |
|     Defendants. | : |

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

\_\_\_\_  All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_\_  A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_\_  To supervise discovery and resolve discovery disputes (orefmisc./dscv)

\_\_\_\_  A recommended ruling on the following motions which are currently pending: (orefm.)

\_\_\_\_  A ruling on the following motions which are currently pending: (orefm.)

_X_   A settlement conference (orefmisc./cnf)

\_\_\_\_  A conference to discuss and approve the following: (orefmisc./cnf)

\_\_\_\_  Other: (orefmisc./misc) _____

SO ORDERED this  30th  day of January 2004 at Hartford, Connecticut.

                                                /s/ CFD
                                              Christopher F. Droney
                                              United States District Judge