UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARIO PIROZZOLI,
    Plaintiff,

v.                                          Civil Action No. 3:02CV698 (CFD)

TOWN of BERLIN, et al.,
    Defendants.

## ORDER

Pending are the plaintiff's motions to determine sufficiency of responses to requests to admit [Docs. # # 61-66]. The defendants are ordered to show cause by **February 24, 2004** at **5:00 p.m.** why the requests to admit at issue in those motions should not be deemed admitted based on the defendants' failure to respond.

SO ORDERED this 10th day of February 2004, at Hartford, Connecticut.

CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE