FILED

2003 MAR 27 A 11:55

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DISTRICT COURT
HARTFORD CT

60

MARIO PIROZZOLI              :
                             :
    Plaintiff                :
                             :   No. 302CV00698 (CFD)
VS.                          :
                             :
TOWN OF BERLIN,              :
BERLIN INLANDS WETLANDS AND
 WATERCOURSES COMMISSION,
JAMES P. HORBAL, INDIVIDUALLY
 AND IN HIS OFFICIAL CAPACITY,
E. TIMOTHY SULLIVAN, JR.,
 INDIVIDUALLY AND IN HIS OFFICIAL
 CAPACITY,
MICHAEL BALINSKAS,
RALPH SIMEONE,
RAYMOND JEREMA,
CLEVELAND P. HUGGINS, III,
TOMAS GERDIS               :
                           :
    Defendants             :   March 25, 2003

### REQUEST FOR EXTENSION OF TIME

The Scheduling Order in this matter provides for discovery to be completed by April 1, 2003. Discovery is not complete and it is anticipated that it will not be completed by April 1, 2003.

*Granted, nunc pro tunc, absent objection. So ordered. /s/ CFD 2/10/04*