76

*Granted, absent objection. So ordered. /s/ 2/10/04*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARIO PIROZZOLI                           :

              Plaintiff        :  CIVIL ACTION NO. 302CV00698
                                                         (CFD)

Vs.

TOWN OF BERLIN, ET AL.

              Defendants    :  JULY 1, 2003

**REQUEST FOR LEAVE TO AMEND COMPLAINT**

Pursuant to Fed. Rules of Civil Procedure, Rule 15, the Plaintiff in the above-entitled matter hereby seeks permission from this Court to amend his complaint in accordance with the Amended Complaint attached hereto.

                                                      THE PLAINTIFF,

                                                      BY_____
                                                     Vincent T. McManus, Jr.
                                                     His Attorney