68

FILED

DENIED, as moot, in light of the subsequent Motion to Dismiss [Doc. # 82]. So ordered.

Christopher F. Droney
United States District Judge
2/10/04

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIO PIROZZOLI<br>         Plaintiff | : <br>:   CIVIL ACTION NO.<br>:   302CV00698CFD |
| v. | : |
| TOWN OF BERLIN, BERLIN INLANDS<br>WETLANDS AND WATERCOURSES<br>COMMISSION, JAMES P. HORBAL,<br>individually and in his official<br>capacity, E. TIMOTHY SULLIVAN, JR.,<br>individually and in his official<br>capacity, MICHAEL BALINSKAS,<br>RALPH SIMEONE, RAYMOND<br>JEREMA, CLEVELAND P.<br>HUGGINS, III, TOMAS GERDIS<br>         Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:   APRIL 8, 2003 |

## MOTION TO DISMISS

Pursuant to Federal Rule 12 (b) (6) of the Federal Rules of Civil Procedure, the Defendants, the Town of Berlin, Berlin Inlands, Wetlands and Watercourses Commission (IWWC), James P. Horbal, E. Timothy Sullivan, Jr., Michael Balinskas, Ralph Simeone, Raymond Jarema, Cleveland P. Huggins, III and Tomas Gerdis, hereby submit this Motion to Dismiss and respectfully request that all claims against the Defendant, Attorney Timothy Sullivan, be dismissed.  In support of this Motion, the

**SILVESTER & DALY**
72 RUSS STREET • HARTFORD, CONNECTICUT 06106 • (860) 278-2650 • FAX (860) 727-9243