UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 FEB 18 P 12: 44

MARIO PIROZZOLI,
    Plaintiff

    - v -                                              3:02-CV-698(CFD)

TOWN OF BERLIN, et al.,
    Defendants

### ORDER

A settlement conference shall be held before the undersigned on **April 20, 2004, at 10:00 a.m.** The parties shall submit ex parte statements **to the Chambers of Judge Smith,** Room 258, not to exceed four pages, briefly setting forth their settlement positions, no later than April 16, 2004. **Facsimiles will not be accepted.**

**Counsel shall be accompanied by the appropriate persons with authority to settle.** See Nick v. Morgan's Foods, Inc., 99 F. Supp. 2d 1056, 1062-63 (E.D. Mo. 2000), aff'd, No. 00-2776, 2001 WL 1352164 (8th Cir. Nov. 5, 2001).

Dated at Hartford, Connecticut, this 18th day of February, 2004.

                                          _____
                                          Thomas P. Smith
                                          United States Magistrate Judge