FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MARIO PIROZZOLI** : | |
| Plaintiff : | |
| : | No. 302CV00698 (CFD) |
| VS. : | |
| : | |
| **TOWN OF BERLIN,** | |
| **BERLIN INLANDS WETLANDS AND** | |
| **WATERCOURSES COMMISSION,** | |
| **JAMES P. HORBAL**, INDIVIDUALLY | |
| AND IN HIS OFFICIAL CAPACITY, | |
| **E. TIMOTHY SULLIVAN, JR.,** | |
| INDIVIDUALLY AND IN HIS OFFICIAL | |
| CAPACITY, | |
| **MICHAEL BALINSKAS,** | |
| **RALPH SIMEONE,** | |
| **RAYMOND JEREMA,** | |
| **CLEVELAND P. HUGGINS, III,** | |
| **TOMAS GERDIS** : | |
| Defendants : | February 18, 2004 |

**RESPONSE TO DEFENDANTS' OBJECTION TO MOTION TO RE-OPEN COURT'S DECISION RE: MOTION FOR A MORE DEFINITE STATEMENT**

The simple explanation that it is difficult for counsel for a party to respond to something that he did not receive is apparently insufficient for the defendants in this case. It should, however, not be insufficient for this court as the failure to

restart the clock as it were in such circumstances where one counsel has made the representation that a pleading was not received is not only unjust to the party that did not receive the pleading and therefore was not given an opportunity to respond to it, but sets the wrong precedent which may in the future be utilized to intentionally deprive a litigant of an opportunity to respond.

THE PLAINTIFF,

BY _____
Vincent T. McManus, Jr.
Vincent T. McManus, Jr. P.C.
116 South Main Street
Wallingford, CT 06492
203-269-1111 / 203-265-0625 fax
Fed Bar #05503

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**MARIO PIROZZOLI** :

      Plaintiff :

                                        : No. 302CV00698 (CFD)

VS. :

**TOWN OF BERLIN,**
**BERLIN INLANDS WETLANDS AND**
 **WATERCOURSES COMMISSION,**
**JAMES P. HORBAL**, INDIVIDUALLY
 AND IN HIS OFFICIAL CAPACITY,
**E. TIMOTHY SULLIVAN, JR.**,
 INDIVIDUALLY AND IN HIS OFFICIAL
 CAPACITY,
**MICHAEL BALINSKAS,**
**RALPH SIMEONE,**
**RAYMOND JEREMA,**
**CLEVELAND P. HUGGINS, III,**
**TOMAS GERDIS** :

      Defendants : FEBRUARY 18, 2004

### CERTIFICATE OF MAILING

    This is to certify that a copy of the attached has been mailed, postage prepaid, on the above date, to:

Josephine Spinella, Esq.                James P. Mooney, Esq.
Silvester and Daly                       2452 Black Rock Turnpike
72 Russ Street                            Fairfield, CT 06432
Hartford, CT 06106

                                                  THE PLAINTIFF

                                                  BY _____
                                                    Vincent T. McManus, Jr.
                                                    His Attorney