FILED

2004 FEB 23 P 1: 45

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIO PIROZZOLI | : | |
|     Plaintiff | : | CIVIL ACTION NO. |
| | : | 302CV00698CFD |
| v. | : | |
| | : | |
| TOWN OF BERLIN, BERLIN INLANDS | : | |
| WETLANDS AND WATERCOURSES | : | |
| COMMISSION, JAMES P. HORBAL, | : | |
| individually and in his official | : | |
| capacity, E. TIMOTHY SULLIVAN, JR., | : | |
| individually and in his official | : | |
| capacity, MICHAEL BALINSKAS, | : | |
| RALPH SIMEONE, RAYMOND | : | |
| JEREMA, CLEVELAND P. | : | |
| HUGGINS, III, TOMAS GERDIS | : | |
|     Defendants | : | FEBRUARY 20, 2004 |

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Local Rule 7 (b), the Defendants, Town of Berlin, Berlin Inlands Wetlands and Watercourses Commission (hereinafter "Commission"), James P. Horbal, E. Timothy Sullivan, Jr., Michael Balinskas, Ralph Simeone, Raymond Jerema, Cleveland P. Huggins, III and Tomas Gerdis, by the undersigned hereby move for an enlargement of time of two (2) weeks, to respond to the Plaintiff's Motions to Determine the Sufficiency of Responses to Requests to Admit. In support of this Motion, the Defendants submit that they received the Court's Order that they must show cause why

the requests to admit at issue should not be deemed admitted on February 17, 2004. Pursuant to the Court's Order, the Defendants must file their responses by February 24, 2004. The Defendants, however, require additional time to respond to the Plaintiff's Motion to Determine the Sufficiency of Responses to Requests to Admit and sufficiently respond to the Requests to Admit. In support of this Motion, the undersigned submits that she must discuss with the seven (7) individual Defendants, their responses to the Requests to Admit. Thus, more time is necessary for the undersigned to discuss the matter with the Defendants and prepare their separate responses.

Pursuant to Local Rule 7 (b) the undersigned submits that she contacted Plaintiff's counsel, Vincent McManus, and that Attorney McManus does not consent to this Motion.

THE DEFENDANTS,
TOWN OF BERLIN, BERLIN INLANDS
WETLANDS AND WATERCOURSES
COMMISSION, JAMES P. HORBAL,
individually and in his official capacity, E.
TIMOTHY SULLIVAN, JR., individually and in
his official capacity, MICHAEL BALINSKAS,
RALPH SIMEONE, RAYMOND JEREMA,
CLEVELAND P. HUGGINS, III, TOMAS
GERDIS

By: /s/ J.A. Spinella
JOSEPHINE A. SPINELLA
Silvester & Daly
72 Russ Street
Hartford, CT 06103
Tel. (860) 278-2650
Federal Bar No. CT24009