FILED

2004 FEB 26 P 2: 16

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

US DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| MARIO PIROZZOLI | : |
| Plaintiff | : |
| | : No. 302CV00698 (CFD) |
| VS. | : |
| | : |
| TOWN OF BERLIN, | |
| BERLIN INLANDS WETLANDS AND | |
| WATERCOURSES COMMISSION, | |
| JAMES P. HORBAL, INDIVIDUALLY | |
| AND IN HIS OFFICIAL CAPACITY, | |
| E. TIMOTHY SULLIVAN, JR., | |
| INDIVIDUALLY AND IN HIS OFFICIAL | |
| CAPACITY, | |
| MICHAEL BALINSKAS, | |
| RALPH SIMEONE, | |
| RAYMOND JEREMA, | |
| CLEVELAND P. HUGGINS, III, | |
| TOMAS GERDIS | : |
| | : |
| Defendants | : FEBRUARY 25, 2004 |

**OBJECTION TO MOTION FOR ENLARGEMENT OF TIME**

The plaintiff in the above-entitled matter hereby objects to the defendants'

Motion for Enlargement of Time to comply with this Court's (Droney, J.) Order

dated February 10, 2004 that the defendants "show cause . . . why the requests to

admit at issue . . . should not be deemed admitted based on the defendants' failure to respond."

The Plaintiff's Motion to Determine Sufficiency is dated March 26, 2003 and refers to Requests to Admit filed in November of 2002. The defendants responded to these Requests to Admit on January 22, 2003 (sixty days after they were served on the defendants). The defendants are represented by two attorneys in this matter. These attorneys have had almost one year to respond to the Motion to Determine Sufficiency. They have not responded to the motion in almost a year and now seek an additional two weeks to discuss the responses with the seven defendants (which presumably was done at the time of the initial responses) and respond to the court's order on the basis that they have not been provided sufficient time to do so.

The court's order gave the defendants' until February 24, 2004 at 5:00 p.m. to show cause why the requests to admit at issue should not be deemed admitted. This they have failed to do.

The plaintiff, therefore, objects to any further extension of time in this matter and requests at this time that the court order that the requests in question be admitted.

THE PLAINTIFF,

BY _____
Vincent T. McManus, Jr.
Vincent T. McManus, Jr. P.C.
116 South Main Street
Wallingford, CT 06492
203-269-1111 / 203-265-0625 fax
Fed Bar #05503

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**MARIO PIROZZOLI** :
:
Plaintiff :
: No. 302CV00698 (CFD)
VS. :
:
**TOWN OF BERLIN,**
**BERLIN INLANDS WETLANDS AND**
 **WATERCOURSES COMMISSION,**
**JAMES P. HORBAL,** INDIVIDUALLY
 AND IN HIS OFFICIAL CAPACITY,
**E. TIMOTHY SULLIVAN, JR.,**
 INDIVIDUALLY AND IN HIS OFFICIAL
 CAPACITY,
**MICHAEL BALINSKAS,**
**RALPH SIMEONE,**
**RAYMOND JEREMA,**
**CLEVELAND P. HUGGINS, III,**
**TOMAS GERDIS** :
:
Defendants : FEBRUARY 25, 2004

**CERTIFICATE OF MAILING**

This is to certify that a copy of the attached has been mailed, postage prepaid, on the above date, to:

Josephine Spinella, Esq.          James P. Mooney, Esq.
Silvester and Daly               2452 Black Rock Turnpike
72 Russ Street                   Fairfield, CT 06432
Hartford, CT 06106

                                 THE PLAINTIFF,

                                 BY_____
                                 Vincent T. McManus, Jr.
                                 His Attorney