96

02cv698 mext

FILED

2004 FEB 23 P 1: 45

US DISTRICT COURT

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT



MARIO PIROZZOLI                    :
       Plaintiff          :          CIVIL ACTION NO.
             :          302CV00698CFD
v.                                 :

TOWN OF BERLIN, BERLIN INLANDS :
WETLANDS AND WATERCOURSES      :
COMMISSION, JAMES P. HORBAL,       :
individually and in his official
capacity, E. TIMOTHY SULLIVAN, JR., :
individually and in his official
capacity, MICHAEL BALINSKAS,       :
RALPH SIMEONE, RAYMOND             :
JEREMA, CLEVELAND P.               :
HUGGINS, III, TOMAS GERDIS         :
       Defendants          :          FEBRUARY 20, 2004

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Local Rule 7 (b), the Defendants, Town of Berlin, Berlin Inlands

Wetlands and Watercourses Commission (hereinafter "Commission"), James P. Horbal,

E. Timothy Sullivan, Jr., Michael Balinskas, Ralph Simeone, Raymond Jerema,

Cleveland P. Huggins, III and Tomas Gerdis, by the undersigned hereby move for an

enlargement of time of two (2) weeks, to respond to the Plaintiff's Motions to Determine

the Sufficiency of Responses to Requests to Admit.  In support of this Motion, the

Defendants submit that they received the Court's Order that they must show cause why

*(left margin, rotated)* GRANTED. It ß so ordered.

Christopher F. Droney, U.S.D.J.
Hartford, CT 3/4/04

*(left margin, rotated)* FILED  2004 MAR -3  U.S. DISTRICT COURT  HARTFORD, CT

SILVESTER & DALY
72 RUSS STREET  •  HARTFORD, CONNECTICUT 06106  •  (860) 278-2650  •  FAX (860) 727-9243