UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MARIO PIROZZOLI** : | |
| : | |
| Plaintiff : | |
| : | No. 302CV00698 (CFD) |
| VS. : | |
| : | |
| **TOWN OF BERLIN,** | |
| **BERLIN INLANDS WETLANDS AND** | |
| **WATERCOURSES COMMISSION,** | |
| **JAMES P. HORBAL**, INDIVIDUALLY | |
| AND IN HIS OFFICIAL CAPACITY, | |
| **E. TIMOTHY SULLIVAN, JR.,** | |
| INDIVIDUALLY AND IN HIS OFFICIAL | |
| CAPACITY, | |
| **MICHAEL BALINSKAS,** | |
| **RALPH SIMEONE,** | |
| **RAYMOND JEREMA,** | |
| **CLEVELAND P. HUGGINS, III,** | |
| **TOMAS GERDIS** : | |
| : | |
| Defendants : | March 2, 2004 |

**MOTION FOR CONTINUANCE OF SETTLEMENT CONFERENCE**

The plaintiff in the above-entitled matter moves for a postponement/continuance of the court scheduled settlement conference scheduled for April 20, 2004 at 10:00 a.m. for the reason that undersigned counsel will be out of the state of Connecticut on vacation at that time.

The undersigned has had long-standing vacation plans and will be out of the State of Connecticut from April 17, 2004 until April 24, 2004. Therefore, he will be unavailable to attend the settlement conference which has been scheduled before Judge Thomas P. Smith in this matter for April 20, 2004 at 10:00 a.m. The undersigned is a sole practitioner and therefore requests that this matter be continued.

Under all of the circumstances it would appear that the request for the continuance is for good cause. On February 23, 2004, I contacted both opposing counsel regarding this requested continuance and as of the date hereof both have neither consented to nor objected to this requested continuance.

THE PLAINTIFF,

BY_____
Vincent T. McManus, Jr.
His Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**MARIO PIROZZOLI** :
: 
Plaintiff :
: No. 302CV00698 (CFD)
VS. :
:
**TOWN OF BERLIN,**
**BERLIN INLANDS WETLANDS AND**
 **WATERCOURSES COMMISSION,**
**JAMES P. HORBAL,** INDIVIDUALLY
 AND IN HIS OFFICIAL CAPACITY,
**E. TIMOTHY SULLIVAN, JR.,**
 INDIVIDUALLY AND IN HIS OFFICIAL
 CAPACITY,
**MICHAEL BALINSKAS,**
**RALPH SIMEONE,**
**RAYMOND JEREMA,**
**CLEVELAND P. HUGGINS, III,**
**TOMAS GERDIS** :
:
Defendants : MARCH 2, 2004

### CERTIFICATE OF MAILING

This is to certify that a copy of the attached has been mailed, postage prepaid, on the above date, to:

Josephine Spinella, Esq.          James P. Mooney, Esq.
Silvester and Daly               2452 Black Rock Turnpike
72 Russ Street                   Fairfield, CT 06432
Hartford, CT 06106

THE PLAINTIFF,

BY_____
Vincent T. McManus, Jr.
His Attorney