UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

MARIO PIROZZOLI,
    Plaintiff,

v.

TOWN of BERLIN, et al.,
    Defendants.

2004 MAR 22  P 5: 07

Civil Action No. 3:02CV698 (CFD)

## ORDER

Pending are the plaintiff's motions to determine sufficiency of responses to requests to admit [Docs. # # 61-66]. On February 10, 2004, this Court entered an Order directing the defendants to show cause by February 24, 2004 why the requests to admit at issue in those motions should not be deemed admitted based on the defendants' failure to respond. On February 23, 2004, the defendants requested a two week extension of time to comply with the show cause order, which the Court granted. However, as of this date, the defendants have not responded to the Court's February 10, 2004 Order.

Therefore, the Court will rule on the motions to determine sufficiency of responses to requests to admit: The Court hereby GRANTS, in part, the motions and orders the defendants to supplement the responses to the requests to admit by **April 21, 2004** at **5:00 p.m.** If the defendants fail to supplement their responses by this date, the Court may deem the current answers to the requests to admit as admissions.

SO ORDERED this _____ day of March 2004, at Hartford, Connecticut.

CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE