99

3/24/04. Anticipating no objection, the motion is GRANTED. A new date will be set in the normal course of business.

02cv698cnd99

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARIO PIROZZOLI                              :

                    Plaintiff               :

                                            :    No. 302CV00698 (CFD)
VS.                                         :

                                            :
TOWN OF BERLIN,                             :
BERLIN INLANDS WETLANDS AND
  WATERCOURSES COMMISSION,
JAMES P. HORBAL, INDIVIDUALLY
  AND IN HIS OFFICIAL CAPACITY,
E. TIMOTHY SULLIVAN, JR.,
  INDIVIDUALLY AND IN HIS OFFICIAL
  CAPACITY,
MICHAEL BALINSKAS,
RALPH SIMEONE,
RAYMOND JEREMA,
CLEVELAND P. HUGGINS, III,
TOMAS GERDIS                                :
                                            :
          Defendants                        :    March 2, 2004

**MOTION FOR CONTINUANCE OF SETTLEMENT CONFERENCE**

The plaintiff in the above-entitled matter moves for a postponement/continuance of the court scheduled settlement conference scheduled for April 20, 2004 at 10:00 a.m. for the reason that undersigned counsel will be out of the state of Connecticut on vacation at that time.