LAW OFFICE
# KELLY & MOONEY
2452 BLACK ROCK TURNPIKE
FAIRFIELD, CONNECTICUT 06825-2407

TEL.: (203) 373-7780
FAX: (203) 373-6860

RAYMOND J. KELLY

758 JAMES P. MOONEY

March 24, 2004

The Honorable Thomas P. Smith
U.S. Magistrate Judge
U.S. District Court
450 Main Street, Room 258
Hartford, Connecticut 06106

RE: **Case No. 3:02-cv-698 (CFD)**
**Mario Pirozzoli v. Town of Berlin, et al**

Dear Judge Smith:

As you know, the above captioned matter has been set down for a settlement conference on April 20, 2004 at 10:00 a.m.

The reason I am writing is to let you know that this is a municipal case involving the Town of Berlin and its Inland/Wetlands and Watercourse Commission. For this reason, it may be difficult to bring the appropriate persons with authority to settle to this conference. Please note that any final resolution of this case will require the input of a municipal board. That board is only empowered to act in executive session at a duly noticed meeting regarding settlement authority.

Please also note that there are two insurance carriers who are involved with the defense of this matter. Perhaps it would be appropriate to bring the Chairman of the Town of Berlin Inland/Wetlands and Watercourse Commission to this meeting as well as a representative from the insurance carriers. Any possible recommended settlement would be subject to final approval as described above.

Please let me know if the attendance of the Chairman of the Commission as well as representatives of the insurance companies would be appropriate under the circumstances.

I look forward to hearing from you in this regard.

Very truly yours,

James P. Mooney

JPM:lad
Cc: Attorney Frank J. Szilagyi
Cc: Attorney Vincent T. McManus, Jr.
Cc: Ms. Kay Lyn Jones, Network Adjusters
    File No.: K2-004059

---

Handwritten annotation (left margin):
March 26, 2004. Representatives of the movants must attend. There will also be in attendance some responsible person who is influential with the particular agency. The Chairman is not such a person.

T.