

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIO PIROZZOLI | : |
| Plaintiff | : |
| | : No. 302CV00698 (CFD) |
| VS. | : |
| TOWN OF BERLIN,<br>BERLIN INLANDS WETLANDS AND<br>  WATERCOURSES COMMISSION,<br>JAMES P. HORBAL, INDIVIDUALLY<br> AND IN HIS OFFICIAL CAPACITY,<br>E. TIMOTHY SULLIVAN, JR.,<br> INDIVIDUALLY AND IN HIS OFFICIAL<br> CAPACITY,<br>MICHAEL BALINSKAS,<br>RALPH SIMEONE,<br>RAYMOND JEREMA,<br>CLEVELAND P. HUGGINS, III,<br>TOMAS GERDIS | :<br>:<br>: |
| Defendants | : September 2, 2004 |

### STIPULATION FOR DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Plaintiff and the Defendants hereby stipulate that this case is dismissed, with prejudice and without costs, expenses or attorney's fees. Said Stipulation as to all parties is entered into in specific reliance upon the settlement agreement set forth

on the record in the case of <u>Mario Pirozzoli v. Berlin Inland Wetlands and Watercourses Commission</u>, Docket No. CV02-0518691S, Superior Court, Judicial District of New Britain at New Britain, before Judge George Levine on March 30, 2004.

THE PLAINTIFF, MARIO PIROZZOLI,

BY _____
Vincent T. McManus, Jr.
116 South Main Street
Wallingford, CT 06492
203-269-1111 / Federal Bar #CT05503

THE DEFENDANTS, TOWN OF BERLIN, BERLIN INLANDS WETLANDS AND WATERCOURSES COMMISSION, JAMES P. HORBAL, individually and in his official capacity, E. TIMOTHY SULLIVAN, JR., individually and in his official capacity, MICHAEL BALINSKAS, RALPH SIMEONE, RAYMOND JEREMA, CLEVELAND P. HUGGINS, III, TOMAS GERDIS

BY _____
Frank J. Szilagyi
Sylvester & Daly
72 Russ Street
Hartford, CT 06492
860-278-2650
Federal Bar No. CT07859

THE DEFENDANTS, TOWN OF BERLIN, BERLIN INLANDS WETLANDS AND WATERCOURSES COMMISSION, JAMES P. HORBAL, individually and in his official capacity, E. TIMOTHY SULLIVAN, JR., individually and in his official capacity, MICHAEL BALINSKAS, RALPH SIMEONE, RAYMOND JEREMA, CLEVELAND P. HUGGISN, III TOMAS GERDIS

By: _____
Raymond J. Kelly, Esquire
Law Office of Kelly & Mooney
2452 Black Rock Turnpike
Fairfield, Connecticut 06825-2407
(203) 373-7780
Federal Bar No.: CT 00824