103

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 SEP -9 A 11: 29
DISTRICT COURT

| | | |
|---|---|---|
| MARIO PIROZZOLI | : | |
| Plaintiff | : | |
| | : | No. 302CV00698 (CFD) |
| VS. | : | |
| | : | |
| TOWN OF BERLIN, | | |
| BERLIN INLANDS WETLANDS AND | | |
| WATERCOURSES COMMISSION, | | |
| JAMES P. HORBAL, INDIVIDUALLY | | |
| AND IN HIS OFFICIAL CAPACITY, | | |
| E. TIMOTHY SULLIVAN, JR., | | |
| INDIVIDUALLY AND IN HIS OFFICIAL | | |
| CAPACITY, | | |
| MICHAEL BALINSKAS, | | |
| RALPH SIMEONE, | | |
| RAYMOND JEREMA, | | |
| CLEVELAND P. HUGGINS, III, | | |
| TOMAS GERDIS | : | |
| Defendants | : | September 2, 2004 |

Approved and so ordered.
[signature] 9/9/04

**STIPULATION FOR DISMISSAL**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Plaintiff and the Defendants hereby stipulate that this case is dismissed, with prejudice and without costs, expenses or attorney's fees. Said Stipulation as to all parties is entered into in specific reliance upon the settlement agreement set forth

FILED
2004 SEP -9
U.S. DISTRICT COURT
HARTFORD, CT